**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 13-12829

_____

District Court Docket No.
1:12-cv-23734-JEM

ELIZABETH PICON,

                              Plaintiff - Appellant,

versus

GALLAGHER BASSETT SERVICES, INC.,
a foreign corporation for profit,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 19, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark